FILED

JUN 27 2017

U.S. DISTRICT COURT-WVND
BLARKSBURG, WV 26301

IN THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

AARON A. EDISON,
    Petitioner,

1:17 cv 114
Keely / alw
1983

VS
    Case No. 16-0376 (Wirt County 14-F-2)

State of West Virginia, Ex-Rel,
WV Dept. of Health and Human Resources,
Bureau of Child Support Enforcement AND
Carolin M. Dotson,
    Respondants,

## PETITION TO APPEAL

Now comes the Petitioner, AARON A. EDISON in the above referenced case to appeal the Memorandum Decision issued by the West Virginia Supreme Court of Appeals and filed with their Clerk the 19th day of May 2017.

The order being an Order of Domestic Support Obligation as set forth in the II USC §101 14A. Subject to judicial modification with the Obligor to pay interest at the legal rate on any delinquent installments of support Along with the Petitioners Motion to Supress and Quash the Indictment for Failure to pay support for A minor in violation of West Virginia Code §61-5-29(2).

## GROUNDS FOR APPEAL:
Constitutional Rights Violations;
    1.) Fourteenth Amendment violations
    2.) Fifth Amendment Violations

2

3.) Color of Law criminal actions on the part of court officials.

4.) Any additional arguements any assigned Representative Counsel appointed by this Court deems appropriate

## SUPPORTING LAW AND CASE LAW:

1.) U.S. Constitution, Article III.
2.) Bond vs United States - U.S. Supreme Court (2011.
3.) U.S. Constitution - Fourteenth Amendment
4.) U.S. Constitution - Fifth Amendment
5.) Article 242 of USC pertaining to Color of Law Criminal Acts by public officials.
6.) Any additional law deemed appropriate by counsel.

## STATEMENT OF CASE AND FACTS:

On July 16, 2003 the child Angelina J. Dotson was born to Carolin M. Dotson of Wirt County, West Virginia. The mother, Carolin M. Dotson (hereafter CMD) informed the hospital staff of my contact information and requested the hospital staff call this Petitioner, Aaron A. Edison, by phone and inquire as to whether or not I wanted my name added to the childs birth certificate as the father of the child. I, at that time declined to have my name added to the childs birth certificate and informed the hospital staff that I chose to exercise my Rights under the West Virginia Infant Safe Haven Law and Relinquish my parental rights and Responsibilities leaving the child in the care of the hospital to be taken into custody by the WV DHHR and placed up for adoption.

3.

The hospital staff Acknowledged my Request AND DID NOT ADD my NAME to the childs birth certificate.

The WV Infant Safe Haven Law states that A parent who is unable or unwilling to properly care for A child may within 30 DAYS of the childs birth Relinquish the child to the care of Any hospital or health care facility staff in the state of WV voluntarily Relinquishing Al Rights AND Responsibilities for the child giving the child up FOR ADOPTION. This procedure must be Accomplished within 30 DAYS of the childs birth AND the child must not have been HARMED in Any WAY.

The Relinquishing parent is NOT Required to deliver the child to the hospital themselves but may have Any other Responsible Adult make the delivery for them.

The Relinquishing parent has the Right to Remain totally AND completely ANONYMOUS giving no information about themselves, the child, or the childs other parent, The Relinquishing parent is not Required to first get court or law enforcement Approval before exercising this Right.

After exercising the Safe Haven laws AND having the hospital Acknowledge my Request this petitioner never heard Anything more from

4.

the hospital or WV DHHR. According to the WV Infant Safe Haven Law the Relinquishing parent is under no obligation or Responsibility to follow up on the hospital or WV DHHR to ensure they follow through on their Responsibilities to take custody of the child And place it up for adoption.

Nowhere written into the WV Infant Safe Haven Law Does it Require the Non-Relinquishing parent to not be Available before the Relinquishing parent can exercise this Right. In fact when the mother is the Relinquishing parent having the Right to Remain totally Anonymous giving no information on herself, child or father it makes it literally impossible for the state to identify or locate the father. For this Reason the State of West Virginia makes NO EFFORT what-so-ever to locate or identify A Relinquished childs father.

Nowhere written into the WV Infant Safe Haven Law Does it Require the Nullification of the Relinquishing parents Rights under this law if the other Non-Relinquishing parent is in fact located AND identified. Finding the Non-Relinquishing parent Does NOT change the circumstances of the Relinquishing parents inability or unwillingness to properly care for the Relinquished child, financially AND/OR otherwise.

Five years After this petitioner exercised his

5.

Rights under the WV Infant Safe Haven Law the Wirt County Family Court Summoned this petitioner to appear before the courts Judge Annette Fantasia to discuss matters of child support for the child Angelina J. Dotson (hereafter AJD).

This Petitioner informed the family court that he had exercised his Rights under the WV Infant Safe Haven law and had the Right to Remain as Anonymous as possible in Doing so. Judge Fantasia chose to ignore this petitioners Rights and subsequently ordered this petitioners Name Added to the childs birth certificate and further ordered this petitioner to pay child support in the Amount of $191.00 per mouth.

This petitioner Appealed to the Wirt County Circuit Court only to have the Circuit Court uphold the Family Courts Decision. Because this petitioner was and had been unemployed from October 2009 and until May of 2010 he could not Afford an Attorney to Appeal his civil case to the WV Supreme Court in 2008.

This Petitioner chose to stand on his Rights of equal treatment under the law and Refused to obey A constitutionally invalid order forcing him to take on parental Responsibilities for A child via child support orders and after having exercised the same Safe Haven law which Allows women to totally, and completely Avoid parental Responsibilities No questions Asked.

6

Having chosen to disobey a Constitutionally Invalid order which violated his Fourteenth Amendment Right of Equal Protection this Petitioner was subsequently Indicted on March 31, 2014 on one count of Felony Failure to pay child support and in violation of West Virginia Code 61-5-29(2). On May 1, 2014, this Petitioner Filed a "Motion to Suppress and Quash the Indictment based on the Family and Circuit Courts deliberately and intentionally ignoring his Constitutionalk guaranteed Rights of Equal Protection Under the law as it pertains to his exercising the WV Infant Safe Haven Law with the same outcome and Result Afforded women.

The petitioner was provided Representing counsel of which all three he was forced to dismiss as a Result of them Refusing to Represent his case Arguing Constitutional Right violations on the part of the courts. Attorneys Troissi and Auburn were Released on grounds of ineffective counsel at the Circuit Court level and during the Felony case. The last Appointed Attorney (Keith White) intentionalk edited out my Constitutional Rights Arguements from my petitioners brief which was presented to the WV Supreme Court.

In January 2016 the Circuit Court denied this petitioners motion to Suppress and to Quash his indictment and one week later offered the petitioner a plea agreement entering a Conditional plea of / to misdemenor Failure to pay child support, but maintain his Right to Appeal the circuit courts

7.

Ruling to the WV Supreme Court of Appeals. (I had the right to appeal the Circuit Courts Denial of my Motion to Quash Indictme When this Petitioners Representing Attorney, Keith White submitted the Respondants Briefs to the WV Supreme Court he requested that I, the Petitioner, first submit to him my own Petitioners Brief in my own words which he would then attach to his Respondants Brief when submitting to the WV Supreme Court. I the Petitioner Agreed And typed out my Petitioners Brief including in my brief all the Constitutional Rights violations Arguments. I asked Mr. White not to edit my brief but to submit it verbatim as written. Mr. White without my permission And against my instruction chose to deliberately misrepresent my case by first editing out my Constitutional Rights violations Arguments from my Petitioners brief before Submitting all briefs to the WV Supreme Court. (my Constitutional Rights Arguments where the basis of my Motion to Quash) With incomplete Arguments the WV Supreme Court Affirmed the Circuit Courts JANUARY 12, 2016 ORDER

This Petitioner then informed the WV Supreme Court of his Attorney's Actions Requesting A Rehearing And Appointment of A new Attorney. I Requested that Mr. White be terminated due to intentional misrepresentation. The WV Supreme Court informed me that my Petition for Rehearing was denied on June 22, 2017, Due to my Attorney failing to provide my Constitutional Rights violations Arguments As they Apply to my Motion to Quash the Indictment.

8.

# PETITIONERS ARGUEMENTS:

Women are granted additional and special Rights which provides them the options and the means to totally and completely avoid parental Responsibilities. Under Roe vs Wade women are granted the Right to murder a child in order to avoid the inconvenience of parental Responsibilities, financial and otherwise. This Right has been exercised by women to the tune of over 58 million childrens lives terminated since the passing of Roe v Wade in 1973. This equtes to some 3800 - 4000 abortions per Day here in America alone with the majority performed solely to avoid the inconvenience of parenthood financial and otherwise.

Again if the woman chooses abortion the Father has no legal objection or say so in the mother choosing murder over motherhood as it Relates to HIS child. The child carries half its DNA (chromosomes) from the Father making the child as much the fathers as it is the mothers. Likewise if the Father does not wish to be a parent he is still Denied any choice or say so in the matter.

The woman who does not agree with abortion yet doesn't wish to be burdened with the Responsibilities of parenthood can carry the child to term, deliver the child and within 30 days of the childs birth exercise her Rights under the Infant Safe Haven laws

giving the newly born child up for Adoption while Remaining totally and completely Anonymous. The State of West Virginia Again makes no effort to identify or locate the childs father and the child is placed up for Adoption, no questions asked.

Men on the other hand are being denied these same or equivalent Additional and special Rights and are instead FORCED into parental Responsibilities by the States Child Support Laws and Policies. By denying men the same or equivalent laws and Rights it constitutes a form of disparit Empact and/or disparit treatment. This Disparity is a form of Gender based discrimination which in turn Violates mens Fourteenth Amendment Right to Equal Protection under the Law. This then Reduces men to the status of second class Citizen no different than the Jim Crowe laws of old.

The U.S. Supreme Court Ruled in Bond vs United States (2011) upholding the U.S. Constitution Article VI, para 2, clause 2, stating that ANY Law or Court Order which Violates ones constitutional Rights in ANY manner what-so-ever is in fact A Constitutionally invalid law or court order and is there fore "NO LAW AT ALL". Both Justices Ginsberg and Breyer in their written concurrence to the courts decision went on to say that If a person then chooses to Disobey a constitutionally invalid law or

10.

court order they "DO NOT COMITT A CRIME They went on to say that if incarcerated for having chosen to disobey A constitutionally invalid law or court order the person is wrongfully and illegally INCARCERATED AND MUST BE immediately Released And financially compensated.

The U.S. Constitution under the Fifth Amendment outlaws Debtors prisons. Incarcerating A person AS A Result of A government induced debt is nothing less than a form of debtors prison, in which our government uses to extort monies from parents.

Color of Law Actions Are CRIMINAL Actions on the part of Judges AND/OR Attorney's or other public officials such as health care workers, DHHR workers Bureau of child Support Enforcement Attorney's and Agents where by they manipulate, pervert Distort, Reinterpret or in other ways skew existing laws to their own convenience with the sole purpose And intent of denying Another of their Rights under the law And/or the U.S. Constitution.

Judge Anette Fantasia of the Wirt County Family Court had and has a history of Color of Law Criminal Actions having made public statements that no man would ever have the upper hand in Any divorce, child custody or child support case

11.

that came before her. I being a member of Men And Women Against Discrimination, helped in putting the campaign together which Removed her from the Family Court Bench in 2009. She was picked up as an Attorney by the Bureau of Child Support Enforcement. She was replaced by Judge Constance Thomas, who continues to ignore my Constitutional Rights Along with Judge Robert A. Waters of the Wirt County Circuit Court. By intentionally ignoring my Constitutional Rights And distorting laws to meet their own convenience they indicted me on False charges And have sentenced me to one year in the North Central Regional Jail were I am currently incarcerated.

I Am indigent And without Attorney Representation And Request that This Federal Court Appoint me legal counsel in fighting my case before the Federal courts. I Ask Also For lenency And Due consideration in my submission of this Petition For Appeal in that I Am not An Attorney And have extremely limited Access to legal Resources or even writing materials such as pen And writing paper. I Am unable to provide copies to All Respondants enrolled And listed in this Petition For Appeal And Ask that this court provide each Respondant their copy.

I would Also Ask the the charges For which Im incarcerated be dismissed or At minimum Stayed And I be Released pending A Final Decision in the Federal Courts.

AARON A. Edison, Pro Se